# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT [ ] OTHER PANEL (Specify Below)
IN THE CASE OF: U.S. vs _____

FILED
APR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PERSON REPRESENTED (Show your full name): Isela Sandoval

DOCKET NUMBERS: 08 MJ 8353

CHARGE/OFFENSE (describe if applicable & check box → [X] Felony [ ] Misdemeanor):
21 U.S.C. 952, 960

Defendant — Adult [ ]
Defendant — Juvenile [ ]
Appellant [ ]
Probation Violator [ ]
Parole Violator [ ]
Habeas Petitioner [ ]
2255 Petitioner [ ]
Material Witness [ ]
Other (Specify) [ ]

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? [ ] Yes [ ] No [ ] Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: 4-08
How much did you earn per month $ 850.00
If married is your Spouse employed? [ ] Yes [ ] No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
RECEIVED        SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes [X] No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
VALUE        DESCRIPTION
IF YES, GIVE VALUE AND DESCRIBE IT $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| | Rent | $ | $ 200.00 |
| | Food | $ | $ 150.00 |
| | Utilites | $ | $ 50.00 |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶
I certify the above to be correct.
x Isela Hdez S            4-25-2008

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT...